# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA ESTELA AVILES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 09-2886-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Further Proceedings filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this Judgment be entered reversing the decision of the Commissioner of the Social Security Administration and remanding for further proceedings in accordance with law and with the Memorandum Opinion and Order.

DATED: <u>August 6, 2010</u>                <u>*/s/ John E. McDermott*</u>
                                                               JOHN E. MCDERMOTT
                                               UNITED STATES MAGISTRATE JUDGE