Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, RITA ESTELA AVILES,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RITA ESTELA AVILES,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendants. | Case No.: CV 09-2886 VAP (JEM)<br><br>~~[PROPOSED]~~  ORDER<br>AWARDING EAJA FEES<br><br><br>JOHN E. MCDERMOTT<br>UNITED STATES DISTRICT<br>COURT JUDGE |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND DOLLARS ($4,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  September 27, 2010

                                            */s/John E. McDermott*____
                                            JOHN E. MCDERMOTT
                                            U.S. DISTRICT COURT